# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL GLENN PICKENS,
ADC #91738                                                                                                    PLAINTIFF

v.                                   NO. 5:15CV00107 JLH/JTR

CORIZON MEDICAL SERVICES, INC.; *et al.*                                              DEFENDANTS

## JUDGMENT

Consistent with the Opinion and Order entered separately today, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE